**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In Re: **HARRY D. VERNON and**
**NANCY J. VERNON,**
**Debtor(s).**

Chapter 13 *9*
Case No. 8:08-bk- *00091-CPM*

_____/

### MOTION TO PAY SECURED CREDITOR,
### WACHOVIA MORTGAGE CORPORATION
### ADEQUATE PROTECTION PAYMENTS OUTSIDE OF PLAN

COMES NOW Debtors, **HARRY D. VERNON and NANCY J. VERNON**, by and through their undersigned attorney, and files this Motion to Pay Secured Creditor, **WACHOVIA MORTGAGE CORPORATION** outside of their Chapter 13 Plan and as grounds therefore says as follows:

1.    **WACHOVIA MORTGAGE CORPORATION** holds a first mortgage on Debtors' residence located at **203 53rd Street West, Bradenton, Florida 34209.**

2.    Debtors are current with their payments to **WACHOVIA MORTGAGE CORPORATION** and are financially able to maintain payments to creditor.

3. Debtors have arranged for a monthly debit plan and payments will be made directly to creditor by automatic bank debit or Debtors have attempted to establish a procedure to pay the creditor by direct withdrawal, but such procedure is not available for their payments to **WACHOVIA MORTGAGE CORPORATION**.

WHEREFORE, Debtors request this Court issue an Order which allows Debtors to make their payments to **WACHOVIA MORTGAGE CORPORATION** outside their Chapter 13 Plan.

/s/ D. Turner Matthews
D. Turner Matthews
Attorney at Law
1720 Manatee Avenue West
Bradenton, Florida 34205
941-794-8722
Florida Bar #01050875

## Declaration Concerning Debtors' Motion to Pay Adequate Protection
## Payment Outside of Plan

I, **HARRY D. VERNON and NANCY J. VERNON,** declare under penalty of perjury that I have read the foregoing Motion and that it is true and correct to the best of my knowledge, information and belief.

DATED this _16_ day of _January_ 2009

_____
**HARRY D. VERNON**

_____
**NANCY J. VERNON**

**Certificate of Service**

I HEREBY CERTIFY that a true copy of the foregoing Motion has been furnished by U.S. Mail to Prentice-Hall Corporation System, Inc., Resident Agent for WACHOVIA MORTGAGE CORPORATION, 1201 Hays Street, Suite 105, Tallahassee, Florida 32301 and electronically to _Jon Waage_____, Trustee, this _16th_ day of _January_____ 2009.

/s/ D. Turner Matthews
D. Turner Matthews