UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: HARRY D. VERNON and
NANCY J. VERNON,                          CHAPTER 13

　　　　　　Debtor.                        Case No. 8:09-bk-00091-CPM
_____/

## NOTICE OF DEBTOR'S CHANGE OF ADDRESS

COMES NOW, D. TURNER MATTHEWS, as attorney for the above Debtor, and hereby files this Notice of Debtor's change of address as follows:

| OLD ADDRESS | NEW ADDRESS |
|---|---|
| 203 53rd Street<br>Bradenton, FL 34209 | HARRY D. VERNON<br>30 Orchard Street<br>Bradenton, FL 34207 |
| | NANCY J. VERNON<br>9 Quince Avenue<br>Bradenton, FL 34207 |

DATED this _23_ day of _March_ 2012.

　　　　　　　　　　　　　　　　/s/ D. Turner Matthews
　　　　　　　　　　　　　　　D. Turner Matthews
　　　　　　　　　　　　　　　Attorney at Law
　　　　　　　　　　　　　　　1720 Manatee Avenue West
　　　　　　　　　　　　　　　Bradenton, FL 34205
　　　　　　　　　　　　　　　941-794-8722
　　　　　　　　　　　　　　　Florida Bar #0105087

### Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to Jon M. Waage, Trustee, PO Box 25001, Bradenton, FL 34206 and US Trustee, 501 E. Polk, Suite 1200, Tampa, FL 33602 this _23_ day of March 2012.